UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LINDA JONES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 3:12 C 00075 |
| v. ) | Judge Marvin E. Aspen |
| ) | |
| WILLIAMSON COUNTY BOARD ) | |
| OF EDUCATION, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

MARVIN E. ASPEN, District Judge:

We have reviewed the parties' Stipulation of Dismissal, filed February 8, 2016. (Dkt. No. 63.) The parties have resolved this matter and jointly stipulate to dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Accordingly, this case is hereby dismissed with prejudice. All pending deadlines and hearings are stricken. The case is terminated. It is so ordered.

_____
Marvin E. Aspen
United States District Judge

Dated: February 9, 2016
Chicago, Illinois

1